IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE HAND PROMOTIONS, INC.                                                                 PLAINTIFF

v.                                         CASE No. 4:14-cv-04094

CARMENCHITA PEARSON,
Individually and doing business as
DE QUEEN COUNTRY CLUB & LODGE                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (ECF No. 20). Plaintiff requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Defendant has not responded to the Notice and the time to do so has passed. Upon consideration, the Court finds that Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED, this 11th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge